UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOY BRUENN | ) | |
| | ) | Case Number: 11-7748 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CAPITAL ACCOUNT, LLC | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Joy Bruenn, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above without prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
bruce@warren-lawfirm.com
Warren Law Group, P.C.
57 Cooper Street
Woodbury, NJ 08096
856-848-4572